Cite as 2020 Ark. 281

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| | **Opinion Delivered:** September 17, 2020 |
| IN RE ARKANSAS ACCESS TO JUSTICE FOUNDATION, INC. | |

**PER CURIAM**

J. Cliff McKinney, Esq., of Little Rock and J. Chad Owens, Esq., of Jonesboro are reappointed to the Board of Directors of Arkansas Access to Justice Foundation, Inc., for three-year terms to expire on April 30, 2023. The court thanks them for accepting reappointment to the board.